# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**LISA M. TORRES,**
        **Plaintiff,**

v.                                               Case No. 09-C-1095

**WEIGEL BROADCASTING CO.,**
        **Defendant.**

## DECISION AND ORDER

On April 19, 2011, defendant filed a motion requesting that plaintiff and her counsel be sanctioned for certain discovery violations. The motion requests that I enter an order (1) barring plaintiff from recovering any back pay or front pay in this matter and (2) awarding defendant the attorney fees and costs it expended in prosecuting the instant motion and in completing plaintiff's deposition, with both plaintiff and her counsel jointly and severally liable for the payment of the award. Under the local rules of this court, plaintiff's response to the motion was due within twenty-one days. See Civil L.R. 7(b) (E.D. Wis.). Plaintiff did not respond to the motion, and on May 23, 2011, defendant filed a reply brief reiterating its request for sanctions. To date, plaintiff has not indicated that she opposes the motion or that the relief requested is improper in any fashion. I therefore consider defendant's motion unopposed and will grant the relief requested without further analysis. See Civil L.R. 7(d) ("Failure to file a memorandum in opposition to a motion is sufficient cause for the Court to grant the motion.").

**THEREFORE, IT IS ORDERED** that defendant's motion for sanctions is **GRANTED**. Plaintiff is barred from recovering any back pay or front pay in this matter and shall pay the

attorneys' fees and costs incurred by defendant in connection with the present motion and plaintiff's deposition.  Plaintiff's counsel is jointly and severally liable for the award of costs and attorneys' fees.

Dated at Milwaukee, Wisconsin, this 31st day of May, 2011.

/s_____
LYNN ADELMAN
District Judge